**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GURAY AKTAY,**<br><br>*Petitioner*,<br><br>v.<br><br>**MULLIN et al.,**<br><br>*Respondents.* | **Case No. 3:26-cv-05919** |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, by and through his undersigned attorney, hereby voluntarily dismisses under FRCP 41(a)(1) without prejudice this action.

Dated: August 18, 2026

*/s/ Cagatay Ersoy*
Cagatay Ersoy, Esq.
*Attorney for Petitioner*
Capitol Law Partn
13873 Park Center Rd STE 152
Herndon, VA 20171
(202) 440-2272

**So Ordered this 24th day of August 2026**

**Honorable Michael A. Shipp, U.S.D.J.**